IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TAG/ICIB Services, Inc.
Plaintiff(s)

v.

Gilberto Montalvo, et. al.
Defendant(s)

Civil No. 98-1739 (SEC)

RECEIVED & FILED
1999 NOV -4 PM 1:0[_]
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### DESCRIPTION OF MOTION

DATE FILED: 10/29/99   DOCKET #: 8   TITLE: Motion for withdrawal of legal representation

[X] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[X] GRANTED            [ ] DENIED

[ ] NOTED              [ ] MOOT

### COMMENTS

3 NOV 99
DATE

SALVADOR E. CASELLAS
United States District Judge